| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David A. Robinson, Esq. (SBN 107613)<br>Benjamin P. Pugh, Esq. (SBN 202025)<br>Thomas A. Vogele, Esq. (SBN 254557)<br>ENTERPRISE COUNSEL GROUP<br>A Law Corporation<br>Five Park Plaza, Suite 450<br>Irvine, California 92614<br>Attorney for Plaintiff  Pamela K. Anderson | FILED<br>SEP 22 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

ARTHUR LOPEZ VILLALPANDO AND
IRENE KONG VILLALPANDO

Debtor.

CHAPTER ~~13~~

CASE NUMBER  8:09-bk-15298RK

ADVERSARY NUMBER 8:09-ap-01542 RK

PAMELA K. ANDERSON

Plaintiff(s),

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

vs.

ARTHUR LOPEZ VILLALPANDO and
IRENE KONG VILLALPANDO

Defendant(s).

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __OCTOBER 19, 2009__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: DECEMBER 8, 2009   Time: 1:30 p.m.   Courtroom: 5D   Floor: 5TH

- ☐ 255 East Temple Street, Los Angeles
- ☒ 411 West Fourth Street, Santa Ana
- ☐ 21041 Burbank Boulevard, Woodland Hills
- ☐ 1415 State Street, Santa Barbara
- ☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __9/18/09__

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                     F 7004-1